# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**KEITH LONDON,**
       **Plaintiff,**

    v.                                    Case No. 14-CV-0124

**JIM SCHWOCHERT,**
       **Defendant,**

## DECISION AND ORDER

Plaintiff, Keith London, a state prisoner, is proceeding pro se on claims against defendant Jim Schwochert under the Rehabilitation Act and the Americans with Disabilities Act. On December 30, 2014, defendant filed a motion to dismiss plaintiff's claims, and copies of the motion and supporting brief were mailed to plaintiff the same day. Under the applicable procedural rules, plaintiff's response to that motion should have been filed 21 days later. See Civil Local Rule 7(b) (E.D. Wis.). Parties are expected to comply with the procedures and dates specified in the rule without involvement of the court. To date, plaintiff has not filed any response to defendant's motion to dismiss.

**THEREFORE, IT IS ORDERED** that plaintiff shall file his response to defendant's motion to dismiss on or before **Friday, April 17, 2015**. Failure to file a response by that date will result in dismissal of this case for failure to prosecute pursuant to Civil Local Rule 41(c) (E.D. Wis.) (copy enclosed).

Dated at Milwaukee, Wisconsin, this 18th day of March, 2015.

                                                s/ Lynn Adelman
                                                _____
                                                LYNN ADELMAN
                                                District Judge

# Civil Local Rule 41(c)
## Dismissal for Lack of Diligence

Whenever it appears to the Court that the plaintiff is not diligently prosecuting the action, the Court may enter an order of dismissal with or without prejudice. Any affected party may petition for reinstatement of the action within 21 days.